David YARBOROUGH, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 397, 2017

Supreme Court of Delaware.

Submitted: October 10, 2017
Decided: October 26, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 1202006406, 1201018253, 1402013417

DISMISSED.

∎

Jamal ROBERTS, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 93, 2017

Supreme Court of Delaware.

Submitted: October 25, 2017
Decided: October 26, 2017

Court Below: Superior Court of the State of Delaware, Cr. No. 1512000952 (N)

AFFIRMED.